# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC., ET AL., <br> *Plaintiff(s).* <br> v. <br> SHAWN M. LATOURETTE, ET AL., <br> *Defendant(s).* | Case No. 24-07483 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION and MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY.

Date:   8/1/2024

s/ Buffy L. Wilson
*Attorney's signature*

Buffy L. Wilson, Bar No. 020222009
*Printed name and bar number*
Division of Law
Environmental Enforcement & Environment Justice Section
25 Market Street, PO Box 093
Trenton, NJ 08625-0093
*Address*

buffy.wilson@law.njoag.gov
*E-mail address*

(609) 376-2740
*Telephone number*

(609) 984-9315
*FAX number*