UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC., ET AL.,<br><br>Plaintiff(s).<br><br>v.<br><br>SHAWN M. LATOURETTE, ET AL.,<br><br>Defendant(s). | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br><br>Civil Action No.   24-07483 |

Application is hereby made for a Clerk's Order extending time within which defendant(s) SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION and MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:
  1. No previous extension has been obtained;
  2. Service of Process was effected on   July 12, 2024;  and
  3. Time to Answer, Move or otherwise Reply expires on   August 2, 2024.

Buffy L. Wilson
Attorney for Defendant(s)

P.O. Box 093, 25 Market Street
Mailing Address

Trenton, NJ 08625
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.

ORDER DATED: _____

By: _____
Deputy Clerk