UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| METROPOLITAN WOODWORKING, INC., ET AL., Plaintiff(s). v. SHAWN M. LATOURETTE, ET AL., Defendant(s). | Civil Action No. 24-07483 NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and FED. R. CIV. P. 12(b)(6) |
|---|---|

PLEASE TAKE NOTICE that Defendants Shawn M. LaTourette, in his official capacity as Commissioner of the New Jersey Department of Environmental Protection, and Matthew J. Platkin, in his official capacity as Attorney General of the State Of New Jersey, will move before the Honorable Claire C. Cecchi, U.S.D.J. on September 16, 2024 for an Order granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) and dismissing all claims against the Defendants with prejudice  .

In support of my motion, I will rely on the attached brief

                                              MATTHEW J. PLATKIN
                                              ATTORNEY GENERAL OF NEW JERSEY

Date:  August 16, 2024            By:   s/ Buffy L Wilson
                                                    Buffy L. Wilson
                                                   Deputy Attorney General
                                                   25 Market Street, PO Box 093
                                                   Trenton, NJ 08625-0093
                                                   (609) 376-2740
                                                   buffy.wilson@law.njoag.gov