

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

August 26, 2024

Clerk
United States District Court
District of New Jersey
402 E State St
Trenton, NJ 08608

**<u>Via  Electronic Filing</u>**

Re:   METROPOLITAN WOODWORKING, INC. et al v. LATOURETTE et al

To the Clerk :

This firm represents Plaintiffs in the above referenced matter.  This letter is to request an automatic adjournment of Plaintiff's pending motion to dismiss, currently pending on September 16, 2024 to the next motion date of October 7, 2024.  This request is being made pursuant to Local Rule 7.1(d)(5).

Very truly yours,

Avram E. Frisch

Cc: Opposing Counsel

201.289.5352     866.883.9690     frischa@avifrischlaw.com     www.avifrischlaw.com