

September 20, 2024

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

**Via Electronic Filing**

       Re:    METROPOLITAN WOODWORKING, INC. *v.* LATOURETTE (2:24-cv-07483)

Dear Judge Cecchi:

This firm represents Plaintiffs in the above referenced matter. This letter is to request an additional cycle adjournment of the Defendants' motion to dismiss. The Defendants have consented to this request. The reason for the request is that the motion raises significant legal issues requiring substantial time to oppose and my office has been overwhelmed with our workload.

                                              Very truly yours,

                                              Avram E. Frisch

Cc: Defendants' Counsel (NJ OAG)

                                              SO ORDERED

                                              __s/Claire C. Cecchi_____
                                              CLAIRE C. CECCHI, U.S.D.J.

                                              Date: 9/23/2024


