UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC. METROPOLITAN ARCHITECTURAL WOODWORK, LLC., SPRINGFIELD OFFICE, CORP. SPRINGFIELD WOOD WORKSHIP, CORP., CONSTRUCTION MACHINE DEVICES, LLC., TRANSWORLD MATERIAL RESOURCES, LLC., LONGBOW, LLC, DARKEN INSTALLATIONS, LLC AND DARREN COMMANDER, FRANCISCO SCAGLIA, RALPH SPINELLI,<br><br>            Plaintiffs,<br><br>    v.<br><br>SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; AND MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY,<br><br>            Defendants. | **Civil Action**<br><br>HON. CLAIRE C. CECCHI, U.S.D.J.<br><br>Civil Action No. 24-07483<br><br>**ADJOURNMENT REQUEST AND EXTENSION OF TIME TO REPLY** |

  I, Paige A. Hensor, represent the Defendant's in the above referenced matter. This letter is to request an additional cycle adjournment of the Motion to Dismiss, to allow for a reply to Plaintiff's response. I have reached out to Mr. Frisch to obtain consent, but his office voicemail indicates they are closed for Sukkot. While we attempted to obtain consent, we have been unable to get ahold of opposing counsel. We would request that our reply be due October 28th to allow for a November 4th motion cycle.

              Respectfully,

              MATTHEW J. PLATKIN
              ATTORNEY GENERAL OF NEW JERSEY

              By: /s/ Paige A. Hensor_____
                Paige A. Hensor
                Deputy Attorney General