

November 7, 2024

Hon. Michael A. Hammer U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

**<u>Via Electronic Filing</u>**

    Re:    METROPOLITAN WOODWORKING, INC. *v.* LATOURETTE (2:24-cv-07483)

Dear Judge Hammer:

This firm represents Plaintiffs in the above referenced matter. This letter is to request an adjournment of the initial conference scheduled for Wednesday, November 13. As the Court is aware, the Defendants have a pending motion to dismiss, and the parties thus jointly request an adjournment of the conference until such time as the motion is decided.

                                  Very truly yours,

                                  Avram E. Frisch

Cc: Defendants' Counsel (NJ OAG)