UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                            :
                                            :   Civil Action No.
                                            :
      Plaintiff(s)      :   Hon.
                                            :
                                            :
      v.                 :   **JOINT PROPOSED DISCOVERY PLAN**
                                            :
                                            :
                                            :
      Defendant(s)      :
                                            :
_____:

1.  Set forth the name of each attorney appearing, the firm name, address and telephone number and facsimile number of each, designating the party represented.
    _____

2.  Set forth a brief description of the case, including the causes of action and defenses asserted. _____

3.  Have settlement discussions taken place?  Yes _____  No _____

    (a)   What was plaintiff's last demand?

          (1)   Monetary demand: $ _____

          (2)   Non-monetary demand: _____

    (b)   What was defendant's last offer?

          (1)   Monetary offer:  $ _____
          (2)   Non-monetary offer: _____

4.  The parties [have _____ have not _____] met pursuant to Fed. R. Civ. P. 26(f).

1

5. The parties [have _____ have not _____ ] exchanged the information required by Fed. R. Civ. P. 26(a)(1). If not, state the reason therefor. _____

6. Explain any problems in connection with completing the disclosures required by Fed R. Civ. P. 26(a)(1). _____

7. The parties [have _____ have not_____] filed disclosures of third-party litigation funding. See Local Civil Rule 7.1.1.

8. The parties [have _____ have not _____] conducted discovery other than the above disclosures. If so, describe._____

9. Proposed joint discovery plan:

    (a) Discovery is needed on the following subjects: _____

    (b) Discovery [should _____ should not _____] be conducted in phases or be limited to particular issues. Explain: _____

    (c) Proposed schedule:
    
    (1) Fed. R. Civ. P. 26 Disclosures _____.

    (2) E-Discovery conference pursuant to L. Civ. R. 26.1(d) _____.

    (3) Service of initial written discovery _____.

    (4) Maximum of _____ Interrogatories by each party to each other party.

    (5) Maximum of _____ depositions to be taken by each party.

    (6) Motions to amend or to add parties to be filed by _____.

    (7) Factual discovery to be completed by _____.

    (8) Plaintiff's expert report due on _____.

    (9) Defendant's expert report due on _____.

    (10) Expert depositions to be completed by _____.

    (11) Dispositive motions to be served within _____ days of completion of discovery.

    (d) Set forth any special discovery mechanism or procedure requested. _____

    (e)    A pretrial conference may take place on _____.

    (f)    Trial date: _____ (_____Jury Trial; \_\_\_\_\_ Non-Jury Trial).

10. Do you anticipate any special discovery needs (i.e. videotape/telephone depositions, problems with out-of-state witnesses or documents, etc)? Yes \_\_\_\_ No \_\_\_\_. If so, please explain _____.

11. Do you anticipate any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced? Yes _____ No _____.

    If so, how will electronic discovery or data be disclosed or produced? Describe any agreements reached by the parties regarding same, including costs of discovery, production, related software, licensing agreements, etc.
    _____

12. Do you anticipate entry of a Discovery Confidentiality Order? <u>See</u> L.Civ.R. 5.3(b) and Appendix S _____.

13. Do you anticipate any discovery problem(s) not listed above? Describe. Yes _____ No _____.

14. State whether this case is appropriate for voluntary arbitration (pursuant to Local Civil Rule 201.1 or otherwise) or mediation (pursuant to Local Civil Rule 301.1 or otherwise). If not, explain why and state whether any such procedure may be appropriate at a later time (<u>i.e.</u>, after exchange of pretrial disclosures, after completion of depositions, after disposition or dispositive motions, etc.) _____.

15. Is this case appropriate for bifurcation? Yes _____ No _____

16. An interim status/settlement conference (with clients in attendance) should be held in _____.

17. We [do _____ do not _____] consent to the trial being conducted by a Magistrate Judge.

18. Identify any other issues to address at the Rule 16 Scheduling Conference.
    _____

_____

Attorney(s) for Plaintiff(s) / Date

_____

Attorney(s) for Defendant(s) / Date