**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **METROPOLITAN WOODWORKING INC. et al.,** | : | |
| | : | |
| | : | **Civil Action No. 24-7483 (CCC)(MAH)** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SHAWN N. LATOURETTE et al.,** | : | |
| | : | **ORDER** |
| **Defendants.** | : | |
| | : | |

   **THIS MATTER** having come before the Court for a case-management conference on November 13, 2024; and for good cause shown:

   **IT IS on this 13th day of November 2024,**

   **ORDERED THAT:**

   1. On or before **November 29, 2024**, the parties shall file a joint letter in which: (1) Plaintiffs will confirm that they do not seek monetary damages, and that the relief sought is limited to injunctive relief and a declaratory judgment; and (2) Defendants will clarify whether they maintain their argument, in the motion to dismiss, D.E. 8, that the claims should be dismissed based on sovereign immunity.

   2. Within **seven days** of a ruling on the motion to dismiss, if any claims remain, the parties shall so notify the Undersigned and propose at least three mutually agreeable dates for a settlement conference with the Undersigned.

   3. Fact discovery is held in abeyance pending further order of the Court.

           *s/Michael A. Hammer*
           **United States Magistrate Judge**