UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC. METROPOLITAN ARCHITECTURAL WOODWORK, LLC., SPRINGFIELD OFFICE, CORP. SPRINGFIELD WOOD WORKSHIP, CORP., CONSTRUCTION MACHINE DEVICES, LLC., AND DARREN COMMANDER,<br><br>        Plaintiffs,<br><br>    v.<br><br>SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; AND MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; PETER MADAN<br><br>        Defendants. | **Civil Action**<br><br>HON. CLAIRE C. CECCHI, U.S.D.J.<br><br>Civil Action No. 24-07483<br><br>**EXTENSION OF TIME TO REPLY** |

    I, Paige A. Hensor, represent the Defendant's in the above referenced matter. This letter is to request an extension of time to reply to Plaintiff's Amended Complaint. I have reached out and obtained the consent of Mr. Frisch. We would request a new reply date of June 11th, 2025.

                                           Respectfully,

                                           MATTHEW J. PLATKIN
                                           ATTORNEY GENERAL OF NEW JERSEY

                                         By: /s/ Paige A. Hensor_____
                                              Paige A. Hensor
                                              Deputy Attorney General