UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC. METROPOLITAN ARCHITECTURAL WOODWORK, LLC., SPRINGFIELD OFFICE, CORP. SPRINGFIELD WOOD WORKSHIP, CORP., CONSTRUCTION MACHINE DEVICES, LLC., AND DARREN COMMANDER,<br><br>        Plaintiffs,<br><br>  v.<br><br>SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; AND MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, PETER MADAN<br><br>        Defendants. | **Civil Action**<br><br>HON. CLAIRE C. CECCHI, U.S.D.J.<br><br>Civil Action No. 24-07483 |

CERTIFICATION OF JEFFREY MEYER
BUREAU CHIEF NEW JERSEY DEPARTMENT OF ENVIRONMENTAL
PROTECTION DIVISION OF AIR ENFORCEMENT

I, Jeffrey Meyer, of full age, certify and say:

1. I am employed as Manager 4 Environmental Protection Technical/Scientific/Engineering by the New Jersey Department of Environmental Protection ("Department") in the Division of Air Enforcement.

2. Within that Division, I work as the Bureau Chief in the Northern Regional Office of Air Enforcement with responsibilities that include overseeing a staff of 21 employees for the enforcement of Air Pollution Regulations for the Department.

3. I have been with the Department for over 36 years in what is now titled the Division of Air Enforcement for. My tenure began with the Department on September 26, 1988.

4. I have reviewed the relevant documents in this matter and submit this certification in further support of the Department's Motion to Dismiss.

5. I supervised Peter Madan during his employment with the Department. I began supervising Peter Madan in December 25, 2015, and continued supervising him until his retirement on May 1, 2023.

6. Peter Madan was not employed by the Department in March 2024.

7. I learned of the alleged March 2024 incident after Plaintiff's filed a Municipal Summons against Peter Madan on May 29, 2024.

8. I nor anyone in my office directed Peter Madan to go to Darren Commanders property after his separation from the Department in May of 2023.

9. Any alleged conduct by Peter Madan in March 2024 was not to further assist the Department, as he was no longer employed by the Department.

10. The Department had no control over Peter Madan after his separation from the Department in May 2023, therefore.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

By: _____
Jeffrey Meyer
Bureau Chief
Division of Air Enforcement

Dated:    June 11, 2025