MATTHEW J. PLATKIN
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, New Jersey 08625-0093
Attorney for Defendants

By: Paige A. Hensor
    Deputy Attorney General
    (609) 376-2740
    Paige.Hensor@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC. METROPOLITAN ARCHITECTURAL WOODWORK, LLC., SPRINGFIELD OFFICE, CORP. SPRINGFIELD WOOD WORKSHIP, CORP., CONSTRUCTION MACHINE DEVICES, LLC., AND DARREN COMMANDER,<br><br>Plaintiffs,<br><br>v.<br><br>SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; AND MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, PETER MADAN<br><br>Defendants. | Civil Action No. 24-07483<br><br><u>Civil Action</u><br><br><br>**ORDER** |

This matter having come before the Court on a Motion to Dismiss pursuant to Fed. R. Civ.

P. 12(b)(1) and (6), of Matthew J. Platkin, Attorney General of New Jersey, by Paige A. Hensor, Deputy Attorney General, appearing on behalf of State Defendants, on notice to Mr. Avram E. Frisch, Esquire, counsel for Plaintiff; and the Court having considered the papers submitted herein; and for good cause shown;

      IT IS on this _____ day of _____, 2025, ORDERED, that the motion pursuant to Fed. R. Civ. P. 12(b)(1) and (6) filed by the Defendants, is hereby granted in its entirety, and Plaintiff's claims are hereby dismissed with prejudice.

                                                _____
                                                Honorable Claire C. Cecchi, U.S.D.J.