

June 20, 2025

Clerk
United States District Court
District of New Jersey
402 E State St
Trenton, NJ 08608

**<u>Via Electronic Filing</u>**

      Re:    METROPOLITAN WOODWORKING, INC. et al v. LATOURETTE et al  2:24-cv-07483-CCC-MAH

To the Clerk :

This firm represents Plaintiffs in this matter.  This letter is to request an automatic adjournment of Defendant's pending motion to dismiss, currently pending on July 7, 2025 to the next motion date of July 21, 2025.  This request is being made pursuant to Local Rule 7.1(d)(5).

                Very truly yours,

                Avram E. Frisch