UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC., ET AL., <br><br>　　　　　　　　Plaintiff(s). <br><br> v. <br><br> SHAWN M. LATOURETTE, ET AL., <br><br>　　　　　　　　Defendant(s). | Civil Action No. 24-07483 <br><br> NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and FED. R. CIV. P. 12(b)(6) |

　　PLEASE TAKE NOTICE that Defendants Shawn M. LaTourette, in his official capacity as Commissioner of the New Jersey Department of Environmental Protection, and Matthew J. Platkin, in his official capacity as Attorney General of the State Of New Jersey, will move before the Honorable Claire C. Cecchi, U.S.D.J. on July 11, 2025 for an Order granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) and dismissing all claims against the Defendants with prejudice  .

　　In support of my motion, I will rely on the attached brief

　　　　　　　　　　　　　　　　　　MATTHEW J. PLATKIN
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL OF NEW JERSEY

Date:　June 23, 2025　　　　　　　By:　/ s/ Paige A. Hensor
　　　　　　　　　　　　　　　　　　　　Paige A. Hensor
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　25 Market Street, PO Box 093
　　　　　　　　　　　　　　　　　　　　Trenton, NJ 08625-0093
　　　　　　　　　　　　　　　　　　　　(609) 376-2740
　　　　　　　　　　　　　　　　　　　　paige.hensor@law.njoag.gov