

**THE LAW OFFICE OF AVRAM E. FRISCH LLC**

New Jersey Office
1 University Plaza
Suite 119
Hackensack, NJ 07601

New York Office
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

July 2, 2025

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

<u>**Via Electronic Filing**</u>

      Re:    METROPOLITAN WOODWORKING, INC. *v.* LATOURETTE (2:24-cv-07483)

Dear Judge Cecchi:

      This firm represents Plaintiffs in the above referenced matter.  This letter is to request an extension of the time to file an opposition to the Defendants' motion to dismiss.  Currently, the Court has docketed the motion as returnable on July 7, 2025, and I have filed an extension for a one cycle adjournment to July 21, 2025.  Due to an upcoming family vacation next week, and the press of certain other matters, I am requesting an additional extension of the return date to the motion date of August 4, 2025.  Defendants' counsel, Ms. Hensor, has consented to this request.

      Very truly yours,

      Avram E. Frisch

Cc:  Defendants' Counsel (NJ OAG)