UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC., ET AL.,<br><br>　　　　　　　　　　Plaintiff(s).<br><br>　　v.<br><br>SHAWN M. LATOURETTE, ET AL.,<br><br>　　　　　　　　　　Defendant(s). | Civil Action No. 24-07483<br><br>NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and FED. R. CIV. P. 12(b)(6) |

To the Clerk:

Upon speaking with chambers, this matter has now been marked as open again. Metropolitan Woodwork via Mr. Frisch submitted their opposition to the State's motion to dismiss on July 4th, 2024. The Court rules indicate that a reply would be due 7 days prior to any motion date. However, no motion date was given, so out of an abundance of caution, I requested consent from Mr. Frisch for the State to reply by July 25, 2025. Mr. Frisch graciously agreed. Therefore, we would respectfully request permission from the Court to reply to the opposition by July 25th. Thank you for your consideration.

　　　　　　　　　　　　　　　　　　MATTHEW J. PLATKIN
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL OF NEW JERSEY

Date: __July 11, 2025__　　　　　By: __/ s/ Paige A. Hensor__
　　　　　　　　　　　　　　　　　　Paige A. Hensor
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　25 Market Street, PO Box 093
　　　　　　　　　　　　　　　　　　Trenton, NJ 08625-0093
　　　　　　　　　　　　　　　　　　(609) 376-2740
　　　　　　　　　　　　　　　　　　paige.hensor@law.njoag.gov