UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC., ET AL., <br><br> Plaintiff(s). <br><br> v. <br><br> SHAWN M. LATOURETTE, ET AL., <br><br> Defendant(s). | Civil Action No. 24-07483 <br><br> NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and FED. R. CIV. P. 12(b)(6) |

To the Clerk:

Upon speaking with chambers, this matter has now been marked as open again. Metropolitan Woodwork via Mr. Frisch submitted their opposition to the State's motion to dismiss on July 4th, 2024. The Court rules indicate that a reply would be due 7 days prior to any motion date. However, no motion date was given, so out of an abundance of caution, I requested consent from Mr. Frisch for the State to reply by July 25, 2025. Mr. Frisch graciously agreed. Therefore, we would respectfully request permission from the Court to reply to the opposition by July 25th. Thank you for your consideration.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

Date: July 11, 2025

By: / s/ Paige A. Hensor
Paige A. Hensor
Deputy Attorney General
25 Market Street, PO Box 093
Trenton, NJ 08625-0093
(609) 376-2740
paige.hensor@law.njoag.gov

SO ORDERED

s/Michael A. Hammer
Michael A. Hammer, U.S.M.J.

Date: 7/14/25