UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC., ET AL.,<br><br>                              Plaintiff(s).<br><br>     v.<br><br>SHAWN M. LATOURETTE, ET AL.,<br><br>                              Defendant(s). | Civil Action No. 24-07483<br><br>NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and FED. R. CIV. P. 12(b)(6) |

To the Clerk:

We represent the Defendants in the above-mentioned matter. This letter is to respectfully request an extension of time to file our reply to the opposition filed on July 4th. We would respectfully request permission from the Court to reply to the opposition by July 31st. We had asked permission from Mr. Frisch to file by August 6th but feel we can submit by July 31st instead. Unfortunately, we have not received a response from Mr. Frisch on behalf of Metropolitan Woodwork. Thank you for your consideration.

                                                   MATTHEW J. PLATKIN
                                                   ATTORNEY GENERAL OF NEW JERSEY

Date:  July 23, 2025            By:   / s/ Paige A. Hensor
                                                          Paige A. Hensor
                                                          Deputy Attorney General
                                                          25 Market Street, PO Box 093
                                                          Trenton, NJ 08625-0093
                                                          (609) 376-2740
                                                          paige.hensor@law.njoag.gov