UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC., ET AL.,<br><br>　　　　　　　　　　Plaintiff(s).<br><br>　　v.<br><br>SHAWN M. LATOURETTE, ET AL.,<br><br>　　　　　　　　　　Defendant(s). | Civil Action No. 24-07483<br><br>NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and FED. R. CIV. P. 12(b)(6) |

To the Clerk:

We represent the Defendants in the above-mentioned matter. This letter is to respectfully request an extension of time to file our reply to the opposition filed on July 4th. We would respectfully request permission from the Court to reply to the opposition by July 31st. We had asked permission from Mr. Frisch to file by August 6th but feel we can submit by July 31st instead. Unfortunately, we have not received a response from Mr. Frisch on behalf of Metropolitan Woodwork. Thank you for your consideration.

　　　　　　　　　　　　　　　　　　MATTHEW J. PLATKIN
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL OF NEW JERSEY

Date:  July 23, 2025　　　　　By:   / s/ Paige A. Hensor
　　　　　　　　　　　　　　　　Paige A. Hensor
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　25 Market Street, PO Box 093
　　　　　　　　　　　　　　　　Trenton, NJ 08625-0093
　　　　　　　　　　　　　　　　(609) 376-2740
　　　　　　　　　　　　　　　　paige.hensor@law.njoag.gov

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 7/25/2025