UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC. METROPOLITAN ARCHITECTURAL WOODWORK, LLC., SPRINGFIELD OFFICE, CORP. SPRINGFIELD WOOD WORKSHIP, CORP., CONSTRUCTION MACHINE DEVICES, LLC., AND DARREN COMMANDER,<br><br>        Plaintiffs,<br><br>v.<br><br>SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; AND MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, PETER MADAN<br><br>        Defendants. | **Civil Action**<br><br>HON. CLAIRE C. CECCHI, U.S.D.J.<br><br>Civil Action No. 24-07483 |

CERTIFICATION OF PETER MADAN

I, Peter Madan, of full age, certify and say:

1. Attached are two documents that were given to me upon separation from my State employment with the Department of Environmental Protection. The documents specifically indicate May 1, 2023 as my official date of separation from the State. See, Exhibits 1 and 2.

2. At no time after May 1, 2023, have I performed any inspections of the facility in this case on behalf of the New Jersey Department of Environmental Protection.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

By: _____
Peter Madan

Dated:    7/30/2025