# State of New Jersey

**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
P.O. Box 420,
Trenton, New Jersey 08625

**PHILIP D. MURPHY**
*Governor*

**SHEILA Y. OLIVER**
*Lt. Governor*

**SHAWN M. LaTOURETTE**
*Commissioner*

May 1, 2023

Mr. Peter Madan
110 Forest Rd.
Fanwood, NJ 07023

Dear Mr. Madan:

It is a distinct pleasure to offer my warmest congratulations to you on your well-deserved retirement from the Department of Environmental Protection after more than 25 years of distinguished service to the people of New Jersey.

Throughout your tenure, you demonstrated an impressive commitment to fulfilling the DEP's mission to protect and improve the quality of New Jersey's air, water and land, and our precious natural and historic resources. You should take great pride in knowing that your hard work will enable countless residents and future generations to lead healthier lives.

In special recognition of your career at the DEP, I am delighted to award the enclosed Certificate of Appreciation. I hope that it will always remind you of your many achievements and rekindle memories of the respect and admiration you earned from colleagues who consider it a pleasure and a privilege to have worked with you.

Please know that you have our deepest gratitude for your exceptional dedication to the DEP and our very best wishes for good health and much happiness in the years ahead.

Sincerely,

Shawn M. LaTourette
Commissioner

Enclosure