

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**STATE OF NEW JERSEY**
DEPARTMENT OF THE TREASURY
DIVISION OF PENSIONS AND BENEFITS
(609) 292-7524 TRS 711 (609) 292-6683
www.nj.gov/treasury/pensions

*Mailing Address:*
PO Box 295
Trenton, NJ 08625-0295
Location:
50 West State Street
Trenton, New Jersey

ELIZABETH MAHER MUOIO
*State Treasurer*

JOHN D. MEGARIOTIS
*Acting Director*

March 15, 2023

PETER K MADAN
110 FOREST ROAD
FANWOOD, NJ 07023

RE: PERS 1053657

To:       Retiree
From:    Bureau of Retirements
Subject: Notice of Retirement Approval

Congratulations on your retirement. The Board of Trustees, at their regular meeting on March 15, 2023, approved your application for Service Retirement effective May 1, 2023. (In accordance with your selection of OPTION A).

In accordance with law, you have until thirty days after (A) the effective date of your retirement, or (B) the date your retirement was approved by the Board of Trustees, whichever is the later date, to make any changes to your retirement. Also, your first check cannot be mailed until after this thirty day period. However, the benefit will be retroactive to the original effective date of your retirement. Please allow an additional period for the disbursement and delivery of the check by the federal postal authorities.

If you are considering working after retirement, you should be aware of the restrictions imposed by law and regulations governing post-retirement employments. It is your responsibility to inform your prospective employer that you are receiving retirement benefits from a New Jersey public retirement system, and to understand the impact employment will have on those retirement benefits. In some instances, your retirement benefits may be suspended or even cancelled entirely, and if this occurs, you will be responsible for the repayment of any benefits you were not entitled to receive. You may also be required to re-enroll in your former retirement system or a different retirement system, and make pension contributions to that system. Please read Fact Sheet #86 regarding Post-Retirement Employment Restrictions located on the Division of Pensions and Benefits' website:
http://www.nj.gov/treasury/pensions/documents/factsheets/fact86.pdf

Upon reading Fact Sheet #86, if you have any additional questions regarding return to public employment, please contact the Office of Client Services at (609) 292-7524.

CC: Employer
DEPE DIVISION OF ENFORCEMENT
PO Box 420
Mail Code 436-02
TRENTON  NJ 08625-420

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*