# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC. METROPOLITAN ARCHITECTURAL WOODWORK, LLC., SPRINGFIELD OFFICE, CORP. SPRINGFIELD WOOD WORKSHIP, CORP., CONSTRUCTION MACHINE DEVICES, LLC., AND DARREN COMMANDER,<br><br>        Plaintiffs,<br><br>   v.<br><br>SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; AND MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, PETER MADAN<br><br>        Defendants. | **Civil Action**<br><br>HON. CLAIRE C. CECCHI, U.S.D.J.<br><br>Civil Action No. 24-07483 |

### SUPPLEMENTAL CERTIFICATION OF JEFFREY MEYER BUREAU CHIEF NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION DIVISION OF AIR ENFORCEMENT

I, Jeffrey Meyer, of full age, in addition to my previous certification, further certify and say:

1. Based upon a review of Department records and knowledge of the underlying case, no one from the Department – Division of Air Enforcement visited the site in March 2024.

2. The Division of Air Enforcement did not request anyone else unaffiliated with the Department to visit the site in March 2024.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

By: _____
Jeffrey Meyer
Bureau Chief
Division of Air Enforcement

Dated:    July 31, 2025

1