UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC. METROPOLITAN ARCHITECTURAL WOODWORK, LLC., SPRINGFIELD OFFICE, CORP. SPRINGFIELD WOOD WORKSHIP, CORP., CONSTRUCTION MACHINE DEVICES, LLC., AND DARREN COMMANDER,<br><br>            Plaintiffs,<br><br>  v.<br><br>SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; AND MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, PETER MADAN<br><br>            Defendants. | **Civil Action**<br><br>HON. CLAIRE C. CECCHI, U.S.D.J.<br><br>Civil Action No. 24-07483 |

CERTIFICATION OF DON HIRSCH
BUREAU CHIEF NEW JERSEY DEPARTMENT OF ENVIRONMENTAL
PROTECTION DIVISION OF WATER ENFORCEMENT

I, Don Hirsch, of full age, certify and say:

1. Based upon a review of Department records and knowledge of the underlying case, no one from the Department – Division of Water Enforcement visited the site in March 2024.

2. The Division of Water Enforcement did not request anyone else unaffiliated with the Department to visit the site in March 2024.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

By: *Donald Hirsch* (signature)
Don Hirsch
Bureau Chief
Division of Water Enforcement

Dated:   July 31, 2025