# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC. METROPOLITAN ARCHITECTURAL WOODWORK, LLC., SPRINGFIELD OFFICE, CORP. SPRINGFIELD WOOD WORKSHIP, CORP., CONSTRUCTION MACHINE DEVICES, LLC., AND DARREN COMMANDER,<br><br>          Plaintiffs,<br><br>     v.<br><br>SHAWN M. LATOURETTE IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; AND MATTHEW PLATKIN IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, PETER MADAN<br><br>          Defendants. | **Civil Action**<br><br>HON. CLAIRE C. CECCHI, U.S.D.J.<br><br>Civil Action No. 24-07483 |

## SUPPLEMENTAL CERTIFICATION OF ROBERT GOMEZ
## BUREAU CHIEF NEW JERSEY DEPARTMENT OF ENVIRONMENTAL
## PROTECTION DIVISION OF HAZARDOUS WASTE COMPLIANCE &
## ENFORCEMENT

I, Robert Gomez, of full age, certify and say:

1. Based upon a review of Department records and knowledge of the underlying case, no one from the Department – Bureau of Hazardous Waste Compliance And Enforcement visited the site in March 2024.

2. The Department did not request anyone else unaffiliated with the Department to visit the site in March 2024.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

By: _Robert Gomey_____

Robert Gomez
Bureau Chief
Division of Hazardous Waste Compliance &
Enforcement

Dated:        July 30, 2025

1