**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN WOODWORKING, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHAWN M. LATOURRETE, et al., <br><br> Defendants. | Civil Action No.: 24-7483 <br><br> **MEDIATION ORDER** |

This matter having come before the Court by way of the Defendants' motion to dismiss (ECF No. 27); and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties;

**IT IS** on this 29th day of January, 2026,

**ORDERED THAT:**

1. This civil action be and hereby is referred to mediation; and

2. Counsel and the parties shall participate in mediation and shall cooperate with the Mediator: **Sheryl M. Goski, Esq., 414 Washington Boulevard, Sea Girt, NJ 08750**; and

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the Mediator; and

4. The pending motion to dismiss (ECF No. 27) is administratively terminated without prejudice pending the result of mediation. To the extent this matter is not resolved through mediation, the parties shall advise the Court by letter and the motion shall thereafter be reinstated.

**SO ORDERED.**

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
United States District Judge