**THE LAW OFFICE OF AVRAM E. FRISCH LLC**

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

February 17, 2026

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

<u>Via  Electronic Filing</u>

    Re:    METROPOLITAN WOODWORKING, INC. *v.* LATOURETTE (2:24-cv-07483)

Dear Judge Cecchi:

    This firm represents Plaintiffs in the above referenced matter.  This letter is in response to the Defendants' correspondence of February 12, 2026.  The Plaintiffs are happy to participate in mediation of this matter.  The Defendants' letter presupposes the Plaintiffs' settlement position and then states that the Defendants could never agree to that position.  While the parties have discussed some settlement concepts in regard to this case and the related NJ OAL matter, the Defendants are not aware of the Plaintiffs' actual settlement position.  While the Plaintiffs decline to make an initial settlement proposal in this letter, they also go into mediation with no conditions that are unwaivable.

    As the remaining contentions in the correspondence are simply rearguing the terminated motion to dismiss, Plaintiffs decline to respond on those points, but believe that the parties' dispute can and should be mediated.

                              Very truly yours,

                              Avram E. Frisch

Cc:  Defendants' Counsel (NJ OAG)


