

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 0
TRENTON, NJ  08625-00

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Acting Attorney General*

MICHAEL C. WALTERS
*Director*

April 9, 2026

[Electronically Filed via CM/ECF]
Hon. Claire C. Cecchi, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

     Re:    <u>Metropolitan Woodworking, Inc. v. Shawn LaTourette</u>
               Civil Action No. 24-07483
               Mediation Order

Dear Judge Cecchi:

     Pursuant to the Court's recent Text Order, dated April 1, 2026, counsel for the parties jointly write to advise the Court concerning the status of mediation.

     Following initial scheduling conversations with mediator Sheryl Mintz Goski, the parties have agreed to an initial mediation session currently scheduled for 10:00 AM on April 28, 2026, with position papers due to the mediator no later than April 27, 2026. Based on both parties' discussions with the mediator, we anticipate that mediation will be used to attempt to resolve this federal matter as well as the underlying New Jersey Office of Administrative Law matter. Accordingly, the parties are both open to the possibility that the April 28, 2026 mediation might be an initial meeting with additional sessions to follow.

     The parties both remain open to resolving this matter through mediation.

               Respectfully Submitted,


               Jennifer Davenport
               ATTORNEY GENERAL OF NEW JERSEY
               By:_/s/ Paige A. Hensor_____
               Paige A. Hensor
               Deputy Attorney General

cc: Zach Lawrence, DAG
    Avram Frisch, Esq.


