Sheryl Mintz Goski
Attorney At Law

*Negotiation, Mediation, Arbitration, Litigation*
*Admitted to Practice New York, New Jersey, District of Columbia and Florida*
414 Washington Boulevard
Sea Girt NJ 08750
(908) 334-8552
FAX: (973) 629-1234

_____

EMAIL:   sgoski@goskilaw.com
www.goskilaw.com

17 July 2026

***VIA ECF***:
The Honorable Michael A. Hammer, USMJ
Martin Luther King, Jr. United States Courthouse
Newark, NJ 07102

> Re:     Metropolitan Woodworking, Inc., et al. v. Latourrette, et al.
>            Civil Action No. 24-7483-CCC-MAH

Dear Judge Hammer:

This matter was referred to me for mediation by the Honorable Claire C. Cecchi. Your Honor has asked the parties to provide to the Court a status report by today Friday 17 July 2026.

Please be advised that I mediated with counsel and parties on 28 April 2026; there were communications / inspection discussions between the parties and we mediated again on 8 July 2026; and we have scheduled our next mediation on 27 August 2026, prior to which time the parties expect to narrow the scope of the State's inspection requests and work together.  We will be in a better position after that date to report back to the Court regarding the status of these discussions

We will be happy to update the Court following the August scheduled session.  We thank the Court for its courtesies.

Respectfully,


s/ Sheryl Mintz Goski
Via ECF to Counsel