Sheryl Mintz Goski
Attorney At Law

*Negotiation, Mediation, Arbitration, Litigation*
*Admitted to Practice New York, New Jersey, District of Columbia and Florida*
414 Washington Boulevard
Sea Girt NJ 08750
(908) 334-8552
FAX: (973) 629-1234

EMAIL: sgoski@goskilaw.com
www.goskilaw.com

12 September 2026

***VIA ECF***:
The Honorable Alex D. Silagi, USMJ
Martin Luther King, Jr. United States Courthouse
Newark, NJ 07102

Re: Metropolitan Woodworking, Inc., et al. v. Latourrette, et al.
Civil Action No. 24-7483-CCC-MAH

Dear Judge Silagi:

Early this year, this matter was referred to me for mediation by the Honorable Claire C. Cecchi. The matter involves a woodworking facility in Union County and the relationship between it and the DEP. There is also a matter pending in the Office of Administrative Law (OAL). Our mediation efforts have been focused upon resolving both this Federal Court action and the OAL matter.

I understand from the ECF that the case has been assigned to Your Honor from former Magistrate Judge Hammer. Judge Hammer had asked the parties to provide to the Court a status report prior to the Conference scheduled for Wednesday 16 September 2026.

Please be advised that I first mediated with counsel and parties on 28 April 2026. The parties engaged in continuing communications / inspection of the facility. We mediated again on 8 July 2026 and 27 August 2026. Since then, I continue to engage with the parties by email and privately as we narrow the issues. We are next scheduled to meet jointly on Friday 18 September 2026.

We will be happy to update the Court following the next scheduled session. We thank the Court for its courtesies and welcome Your Honor's assistance and attention.

Respectfully,

s/ Sheryl Mintz Goski
Via ECF to Counsel