Sheryl Mintz Goski
Attorney At Law

*Negotiation, Mediation, Arbitration, Litigation*
*Admitted to Practice New York, New Jersey, District of Columbia and Florida*
414 Washington Boulevard
Sea Girt NJ 08750
(908) 334-8552
FAX: (973) 629-1234

EMAIL: sgoski@goskilaw.com
www.goskilaw.com

6 October 2026

***VIA ECF***:
The Honorable Alex D. Silagi, USMJ
Martin Luther King, Jr. United States Courthouse
Newark, NJ 07102

Re: Metropolitan Woodworking, Inc., et al. v. Latourrette, et al.
Civil Action No. 24-7483-CCC-MAH

Dear Judge Silagi:

As advised last month, this matter was referred to me for mediation by the Honorable Claire C. Cecchi. The matter involves a woodworking facility in Union County and the relationship between it and the DEP. There is also a matter pending in the Office of Administrative Law (OAL). Our mediation efforts have been focused upon resolving both this Federal Court action and the OAL matter.

I understand that Your Honor has scheduled a status conference with counsel on 28 October 2026. Recently, the State made a settlement proposal to Plaintiff. As to the monetary aspect of the proposal, the AG's office is in the process of seeking authority from the NJDEP.

I met today with counsel. I am advised that a realistic timeframe to obtain NJDEP authority is early 2027. Thus, we have scheduled to meet on 14 January 2027 to continue our negotiation of a global resolution of this Federal Court matter, as well as the OAL proceeding. We thank the Court for its courtesies and welcome Your Honor's assistance and attention.

Respectfully,

s/ Sheryl Mintz Goski
Via ECF to Counsel